Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
MIDDLE District of FLORIDA
FT. MYERS Division

FILED
2020 NOV 25 PM 1:32
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

Benito Santiago
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Captain Mena
Captain Ostromecki
LT. Gahrmann
Officer Morales
Officer Jean-Pierre
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 2:20-cv-938-FtM-38MRM
(to be filled in by the Clerk's Office)

PROVIDED TO
CHARLOTTE CI FOR MAILING
ON 11/20/20
MS

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Benito Santiago
- All other names by which you have been known: "Not Applicable"
- ID Number: MB3000
- Current Institution: Charlotte C.I.
- Address: 33123 Oil Well Road, Punta Gorda, Fl 33955-9701

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Gahrmann
- Job or Title (if known): Lieutenant
- Shield Number: Gas 23
- Employer: Florida Department of Corrections
- Address: 33123 Oil Well Road, Punta Gorda, Fl 33955-9701

[✓] Individual capacity  [✓] Official capacity

**Defendant No. 2**
- Name: Mena
- Job or Title (if known): Captain
- Shield Number: "Not Applicable"
- Employer: Florida Department of Corrections
- Address: 33123 Oil Well Road, Punta Gorda, Fl 33955-9701

[✓] Individual capacity  [✓] Official capacity

Defendant No. 3
Name: Ostromecki
Job or Title (if known): Captain
Shield Number: "Not Applicable"
Employer: Florida Department of Correction
Address: 33123 Oil Well Road
Punta Gorda, Fl 33955-9701

☒ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: Morales
Job or Title (if known): Officer
Shield Number: "Not Applicable"
Employer: Florida Department of Correction
Address: 33123 Oil Well Road
Punta Gorda, Fl 33955-9701

☒ Individual capacity   ☒ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Cruel and unusual punishment

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

B. The defendant(s) (Attachment page 3 of 11)

Defendant no.5
Name: Jean-Pierre
Job or Title: Officer
Shield Number: "Not Applicable"
Employer: Florida Department of Corrections
Address: 33123 Oil well Road
Punta Gorda Fl. 33955-9701
☒ Indvidual capacity ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

"Not Applicable"

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. "See Attachment"

LT. Gahrmann ordered Chemical agents to be used as a form of punishment. Officer Morales administered the chemical agents Captain Mena and Captain Ostromecki for being present as the shift

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

"Not Applicable"

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Charlotte Correctional Institution B-Dorm cell B1-112L on Oct 11, 2020

Page 4 of 11

# II. Basis for Jurisdiction  D. (attachment page 4 of 11)

superviser and not stoping the abuse. I was the wrote 2 false disciplinary reports for spoken threats Log #510-201749 and Log #510-201750 to cover up his actions. Office Jean-Pierre then wrote false statements in the disciplinary report investigation to cover up for Lt. Gahrmann actions.

Case 2:20-cv-00938-SPC-MRM   Document 1   Filed 11/25/20   Page 7 of 14 PageID 7

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

_Oct. 11, 2020 Between approximately 11 a.m and 1 p.m_

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* "See attachment"

_staff used chemical agents on me as a form of punishment in direct violation of chapter 33-602.210 use of force LT. Gahrmann ordered the officer, officer Morales to administer chemical agents on me while in my cell because of personal problem (3) one second burst was administered afther a couple of minutes, I was asked_

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

_"Not applicable"_

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

_One dollar for violating my civil rights_

# IV. Statement of claim   D. (attachment page 5 of 11)

was i going to comply. I stated "yes I'm willing to comply and submit to handrestraints" he never gave me an order to submit to handrestraints. he was unwilling to let me comply. LT. Gahrmann Ordered Office Morales to use another Application of Chemical agents officer Morales Application was greater then (3) one second burst, it was one burst emptying the whole can on me in direct violation of chapter 33-602.210 use of force. I was still was refused the chance to comply and to submit to handrestraints Afther stating agin "I'm willing to comply and submit to handrestraints" I was never giving an order to submit to handrestraints by LT. Gahrmann. a third and final round was used. I stated for the THird time willing to comply. Lt Gahrmann then ordered me to submit to a strip search and then submit to handrestraints. I complied with the order. never giving me an order the first two times knowing he can no longer use chemical agents afther the third round was used. Showing his intent. Captain Mena and Captain Ostromecki watch and never stop the abuse. I was the wrote two false spoken threat disciplinary reports to cover up his actions for refusing to let me comply Log# 510-201749 spoken threat at 11:37 a.m Stating I said "the first cracker open this flap is getting their arm broke" try to cover his actions for refusing to let me comply - afther the first application then Log# 510-201750 11:47 a.m spoken threat stating I said "Fuck you cracker, I will Kill." To try to cover his actions for not allowing me the chance to comply afther the second application. In his report it states both captain was present and the allowed him to write these false reports. the officer investiggating the disciplinary report wrote false statements to cover up for Lt. Gahrmann action. I was found guilty due to officer Jean-Pierre writing false statement during the investiagtion

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

■ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Charlotte Correctional Institution*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

■ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

■ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

*Staff writing false reports.*
*Staff using excessive force by using chemical agents.*

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility? "Not Applicable"

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Charlotte C.I and Secretary, Florida Department of Corrections

2. What did you claim in your grievance?

Staff writing false reports.
Staff using chemical agents as form of punishment

3. What was the result, if any?

"not Applicable"/none, denied/returned without action

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Informal and formal grievance at Institution Level and formal grievance to secretary, Florida Department of Corrections, yes

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

"Not Applicable"

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

"Not Applicable"

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Informal grievance log#510-2010-0128, formal log#2010-510-105, 20-6-36892
Informal grievance log#510-2009-0279 formal log#2010-510-014, 20-6-35474, 20-6-38038
Informal grievance log#510-2009-0317 formal log#2010-510-035, 20-6-36912
Informal grievance log#510-2009-0316 formal log#2010-510-034, 20-6-36963
Informal grievance log#510-2010-0248, 510-2010-0305 formal log#2010-510-181

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

"Not Applicable"

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action? "Not Applicable"

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) "Not Applicable"
      Defendant(s) "Not Applicable"

   2. Court *(if federal court, name the district; if state court, name the county and State)*
      "Not Applicable"

   3. Docket or index number
      "Not Applicable"

   4. Name of Judge assigned to your case
      "Not Applicable"

   5. Approximate date of filing lawsuit
      "Not Applicable"

   6. Is the case still pending? "Not Applicable"

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition. "Not Applicable"

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      "Not Applicable"

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? "Not Applicable"

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) "Not Applicable"
   Defendant(s) "Not Applicable"

2. Court *(if federal court, name the district; if state court, name the county and State)*

   "Not Applicable

3. Docket or index number
   "Not Applicable"

4. Name of Judge assigned to your case
   "Not Applicable"

5. Approximate date of filing lawsuit
   "Not Applicable"

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition  "Not Applicable"

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   — "Not Applicable"

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/10/20

Signature of Plaintiff: *Benito Santiago*
Printed Name of Plaintiff: Benito Santiago
Prison Identification #: M83000
Prison Address: 33123 Oil Well Road
Punta Gorda, FL. 33955

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code: _____
Telephone Number: _____
E-mail Address: _____